# AFFIDAVIT OF PROCESS SERVER

United States District Court                                                     State of New York

**Ju-Mu Lee**                                                                   Attorney:

    Plaintiff                                                Hodgson Russ LLP
                                                                                Jacqueline Meyer, Esq.
vs.                                                                             230 Park Avenue
                                                                                New York, NY. 10169

**Andrea J. Quarantillo, Director, New York Office, U.S.
Citizenship and Immigration Services, et al**

    Defendant


**Case Number:** 07 CV 2904

Legal documents received by Target Research Services, Inc. on April 26th, 2007 at 9:30 AM to be served upon **Michael Chertoff, Office of the General Counsel, US Department of Homeland Security at 3801 Nebraska Ave., NW, Washington, DC. 20528**

I, B. Tony Snesko, swear and affirm that on **April 26th, 2007 at 3:25 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Complaint for Relief in the Nature of a Mandamus; Exhibits**, to **Meghan Gemunder** as **Attorney** of the within named agency, to wit: **US Department of Homeland Security** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 35   Height: 5'9   Weight: 145   Skin Color: White   Hair Color: Brown   Glasses: N

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**B. Tony Snesko**
Process Server

**Target Research Services, Inc.**
20 Vessey St., PH
New York, NY 10007

(212) 227-9600

Internal Job ID: 0000002823

Reference Number: 07-003017

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this _26_ day of _April_ 2007
_____
Notary Public, D.C.
My commission expires _June 30, 2011_

BRANDON SNESKO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.