# AFFIDAVIT OF PROCESS SERVER

<table>
<tr><td>United States District Court</td><td>State of New York</td></tr>
</table>

**Ju-Mu Lee**

    Plaintiff

vs.

**Andrea J. Quarantillo, Director, New York Office, U.S. Citizenship and Immigration Services, et al**

    Defendant

Attorney:

Hodgson Russ LLP
Jacqueline Meyer, Esq.
230 Park Avenue
New York, NY. 10169

**Case Number:** 07 CV 2904

Legal documents received by Target Research Services, Inc. on April 26th, 2007 at 9:30 AM to be served upon **Robert S. Mueller, III at 935 Pennsylvania Ave., NW, Washington, DC. 20535**

I, B. Tony Snesko, swear and affirm that on **April 26th, 2007 at 2:15 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Complaint for Relief in the Nature of a Mandamus; Exhibits**, to **Doug Steinhuisen** as **Assistant General Counsel** of the within named agency, to wit: **Federal Bureau of Investigation** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 40   Height: 6'0   Weight: 170   Skin Color: White   Hair Color: Black/Gray   Glasses:

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**B. Tony Snesko**
Process Server

**Target Research Services, Inc.**
**20 Vessey St., PH**
**New York, NY 10007**

**(212) 227-9600**

Internal Job ID: 0000002822

Reference Number: 07-003018

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this __26__ day of __April__ , __2007__

Notary Public, D.C.

My commission expires __June 30, 2011__

BRANDON SNESKO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.