Supreme Court of the State of New York
County of New York

----------------------------------------------------------------

| | |
|---|---|
| LEE | ) |
| | ) Case No.: 07 CV 2904 |
| | ) |
| | ) |
| Plaintiff | ) AFFIDAVIT OF SERVICE |
| v. | ) |
| QUARANTILLO ET AL. | ) |
| | ) |
| | ) |
| Defendant | ) |

----------------------------------------------------------------

STATE OF NEW YORK: COUNTY OF NEW YORK     ss:

I, TEDDY VALCIN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on APRIL 26, 2007 at 4:15 PM at 26 FEDERAL PLAZA, NEW YORK, NY 10278, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER SHEET on ANDREA J. QUARANTILLO therein named.

By delivering thereat a true copy of each to ALICE MONTIEL personally, who stated that she is authorized to accept service of process on behalf of Andrea J. Quarantillo.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Female     Race/Skin: White     Hair: Brown/Grey     Glasses: No     Approx. Age: 50     Height: 5'6"     Weight: 135

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Teddy Valcin, Lic. #1103442
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 5/9/07

Subscribed and sworn to before me, a notary public, on this _9th_ day of _May_, 2007.
Notary Public
My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009