UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

JU-MU LEE,

      Plaintiffs,

-v-                                                   No. 07 Civ. 2904 (LTS)(THK)

ANDREA J. QURANTILLO et al.,

      Defendants.

--------------------------------------------------------x

### ORDER

Pursuant to the Court's order entered on April 18, 2007, the Court convened an initial pre-trial conference on July 9, 2007, at 11:30am. Attorney for Plaintiff was not present. Defendants were represented by Shane Cargo, Assistant United States Attorney for the Southern District of New York. Defendants' counsel indicated, and the docket confirms, that the United States Attorney's Office for the Southern District of New York has not yet been served. Accordingly, it is hereby ORDERED that the initial pre-trial conference is adjourned to **September 4, 2007 at 10:00 a.m.**; that all the requirements of the April 18, 2007 order, with the exception of the date and time of the pre-trial conference, remain in place; and that Plaintiff's counsel shall duly serve the summons, complaint and Initial Conference Order on the United States Attorney's Office for the Southern District of New York promptly and in any event within 60 days following the date of this order.

Dated: New York, New York
       July 9, 2007

                                                                LAURA TAYLOR SWAIN
                                                                United States District Judge