UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
JU-MU LEE,                                                   :
                                                             :
                Plaintiff,                         :
                                                             :
    v.                                                      :
                                                             :   07 Civ. 2904 (LTS)
QUARANTILLO, et al.,                                         :
                                                             :
                Defendants.                        :   NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
        July 31, 2007

                                                Respectfully submitted,

                                                MICHAEL J. GARCIA
                                                United States Attorney for the
                                                Southern District of New York

                                By:    /s/_____
                                                SHANE P. CARGO
                                                Assistant United States Attorney
                                                86 Chambers Street, 3rd Floor
                                                New York, New York 10007
                                                Telephone: (212) 637-2711
                                                Facsimile: (212) 637-2786
                                                Email: shane.cargo@usdoj.gov

TO:    Jacqueline I. Meyer, Esq.
         Hodgson Russ LLP
         1540 Broadway
         New York, NY 10036