USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 4 2007

RECEIVED
AUG 31 2007
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JU-MU LEE,

                Petitioner,

- against -

ANDREA J. QUARANTILLO *et al.*,

                Respondents.

Dkt. No. 07 Civ. 2904 (LTS) (THK)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
August 29, 2007

HODGSON RUSS LLP
Attorneys for Petitioner

_____
Jacqueline Iris Meyer, Esq.
1540 Broadway, 24th Floor
New York, New York 10007
Tel.  (212) 751-4300
Fax  (212) 751-0928

New York, New York
August 29, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent

_____
Shane Cargo, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2711
Fax  (212) 637-2786

SO ORDERED:

_____ 9/4/07
Hon. Laura Taylor Swain
United States District Judge